| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF DELAWARE | |
| Case number *(if known)* _____ Chapter **7** | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Solar Energy Company, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  SEC Florida LLC

**3. Debtor's federal Employer Identification Number (EIN)**  
47-3897522

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1000 North West Street <br> Suite 1200 <br> Wilmington, DE 19801 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New Castle <br> County | Location of principal assets, if different from principal place of business <br> 582 W Fall Line Fwy Butler, GA 31006 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
https://solar-ec.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Solar Energy Company, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2371__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Solar Energy Company, LLC**     Case number (*if known*)
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Solar Energy Company, LLC**
Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  9, 2020**
                      MM / DD / YYYY

**X /s/ Kiril Chapov**                                                               **Kiril Chapov**
Signature of authorized representative of debtor                Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ Kate R. Buck**                                                      Date **April  9, 2020**
Signature of attorney for debtor                                              MM / DD / YYYY

**Kate R. Buck 5140**
Printed name

**McCarter & English, LLP**
Firm name

**405 N. King Street, 8th Floor**
**Renaissance Centre**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-984-6300**           Email address   **kbuck@mccarter.com**

**5140 DE**
Bar number and State

SOLAR ENERGY COMPANY, LLC
1000 NORTH WEST STREET
SUITE 1200
WILMINGTON, DE 19801

KATE R. BUCK
MCCARTER & ENGLISH, LLP
405 N. KING STREET, 8TH FLOOR
RENAISSANCE CENTRE
WILMINGTON, DE 19801

AEROTEK
P.O. BOX 195831
ATLANTA, GA 30384-8531

AJK
COLUMBUS, GA

ANIXTER
2301 PATRIOT BLVD
GLENVIEW, IL 60026-8020

BB&T
1234 1ST AVENUE
COLUMBUS, GA 31901

BTL ENGINEERING SERVICES
5802 NORTH OCCIDENT STREET
TAMPA, FL 33614

CNA INSURANCE
PO BOX 790094
ST. LOUIS, MO 63179-0094

CONSTRUCCION Y MANTENIMENTO HE
LOMAS DE CHAPULTEPEC
MIGUEL HIDALGO
11000 CIUDAD MEXICO, CDMX, MEXICO

CORPORATE FILINGS LLC
30 NORTH GOULD STREET
SUITE 7001
SHERIDAN, WY 82801

---

CT CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197

CUSTOM DRILLING SERVICES, INC.
100 KID ELLIS ROAD
MULBERRY, FL 33860

ELECTRIC POWER SYSTEMS INTERN'L
15 MILLPARK COURT
MARYLAND HEIGHTS, MO 63043

ELECTRICAL TALENT
4570 WESTGROVE DRIVE
SUITE 122
ADDISON, TX 75001

FASTENAL
P.O. BOX 1286
WINONA, MN 55987

FAVALE LIGHTNING PROTECTION INC.
1080 LANDERS STREET
ORMOND BEACH, FL 32174

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399

FLORIDA METALIZING
P.O. BOX 585
MULBERRY, FL 33860

FLORIDA RISK PARTNERS
1434 EAST BLOOMINGDALE AVENUE
VALRICO, FL 33596

FOLEY & LARDNER LLP
3000 K STREET, NW
SUITE 600
WASHINGTON, DC 20007-5109

---

GEO POINT
213 HOBBS STREET
TAMPA, FL 33619

GROUSE HOUSE PROPERTIES, L
15108 KESTRELGLEN WAY
LITHIA, FL 33547

HARD HAT
1302 JEFFERSON ROAD
GREENSBORO, NC 27410

HARTFORD
P.O. BOX 415738
BOSTON, MA 02241

HCS RENEWABLE
501 SOUTH AUSTIN AVENUE
SUITE 1270
GEORGETOWN, TX 78626

HYDROENERGY COMPANY JSC
2B PEYO YAVOROV BLVD
BLAGOEVGARD, BULGARIA 2700

INGENIERIA Y CONSTRUCCION ICT
AVDO APOQUINDO 3885 PISO 18
LAS CONDES, SANTIAGO REGION
METROPOLITANA, CHILE

LEADERNET LLC
7933 FARMINHAM ROAD
SUITE E
HUMBLE, TX 77346

MID FLORIDA PORTABLE TOILETS IN
210 COMMERCIAL PLACE
SEBRING, FL 33876

MISSISSIPI DEPARTMENT OF REVE
500 CLINTON CENTER DRIVE
CLINTON, MS 39056

MOBILE MINI
4646 EAST VAN BUREN STREET
PHOENIX, AZ 85008

SIMS CRANE & EQUIPMENT COMPANY
P.O. BOX 11825
TAMPA, FL 33680

MONTANA DEPARTMENT OF REVENUE
PO BOX 6309
HELENA, MT 59604-6309

SUNBELT
P.O. BOX 409211
ATLANTA, GA 30384

MONTANA REG AGENT LLC
1001 SOUTH MAIN STREET
SUITE 49
KALISPELL, MT 59901

TRIAD INC. AMERICA
P.O. BOX 577
WEST BEND, WI 53095

OFFICE FL
1452 BLOOMINGDALE AVENUE
VALRICO, FL 33596

UNITED RENTALS
4321 NORTH U.S. HIGHWAY 301
TAMPA, FL 33610

PEGEX
5520 NOBEL DRIVE
SUITE 125
MADISON, WI 53711

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1777
RICHMOND, VA 23218-1777

PEOPLE READY
1015 A STREET
TACOMA, WA 98402

WILLIAMS SCOTSMAN
901 S. BOND STREET
SUITE 600
BALTIMORE, MD 21231

REGUS
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE 19801

RESCOM ELECTRIC
40472 ABBY JAMES ROAD
SUITE A
PRAIRIEVILLE, LA 70769

ROBERT STEINBERG
ATLANTA, GA

ROBERT STEINBERG ATTORNEYS-AT-LAW
8200 TYNCASTLE DRIVE #3514
ATLANTA, GA 30350